**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) ) | |
| **v.** | ) ) | **No. 08-CV-00453-RBW** |
| **CARDINAL TRUCKING CO., INC., BIG "E" TRANSFER, INC., HUNTER TRUCKING, INC.** **430 Harper Park Drive** **Beckley, West Virginia 25801** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

**ANSWER**

NOW COMES Defendant Hunter Trucking, Inc. by and through the undersigned counsel, and for its Answer to Plaintiffs' Complaint states as follows:

1.    Defendant admits that Plaintiffs have characterized this action as stated in paragraph 1.

2.    Defendant admits the allegations in paragraph 2 on information and belief.

3.    Defendant admits the allegations in paragraph 3 on information and belief.

4.    Defendant is without sufficient knowledge or information to form a belief as to the truth of allegations in paragraph 4, and thus denies the same.

5.    Defendant is without sufficient knowledge or information to form a belief as to the truth of allegations in paragraph 5, and thus denies the same.

6.    Defendant admits that Cardinal Trucking Co., Inc. is or was a West Virginia corporation engaged in the business of hauling coal by truck, and denies the remaining allegations in paragraph 6.

7.    Admitted on information and belief.

8.    Defendant denies the allegations in paragraph 8 and demands strict proof thereof.

9.    Admitted.

10.    Admitted.

11.    Defendant denies the allegations in paragraph 11 and demands strict proof thereof.

12.    Defendant denies the allegations in paragraph 12 and demands strict proof thereof.

13.    Defendant denies the allegations in paragraph 13 and demands strict proof thereof.

14.    Defendant denies the allegations in paragraph 14 and demands strict proof thereof.

15.    Defendant denies the allegations in paragraph 15 and demands strict proof thereof.

16.    Defendant denies the allegations in paragraph 16 and demands strict proof thereof.

17.    Defendant denies the allegations in paragraph 17 and demands strict proof thereof.

18.    Defendant denies the allegations in paragraph 18 and demands strict proof thereof.

19.    Defendant denies the allegations in paragraph 19 and demands strict proof thereof.

20.    Defendant denies the allegations in paragraph 20 and demands strict proof thereof.

21.    Defendant denies the allegations in paragraph 21 and demands strict proof thereof.

22.    Defendant denies the allegations in paragraph 22 and further denies that Plaintiffs are entitled to the relief requested in the WHEREFORE clause following paragraph 22.

23.    Defendant denies each and every remaining allegation not specifically admitted herein.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiffs' complaint fails to state a claim upon which relief can be granted and accordingly, should be dismissed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

### SECOND DEFENSE

Defendant further asserts the affirmative defenses contained in Rule 8(c) of the Federal Rules of Civil Procedure as of fully set forth herein.

## THIRD DEFENSE

Defendant further asserts the affirmative defenses contained in Rule 12 of the Federal Rules of Civil Procedure as if fully set forth herein.


WHEREFORE, Defendant, Hunter Trucking Inc., respectfully requests this Court to deny each and every count of Plaintiffs, and enter judgment in its favor.

**HUNTER TRUCKING, INC.,**

By Counsel

WILEY REIN LLP
7925 Jones Branch Drive, Suite 6200
McLean, Virginia  22102
Telephone: (703) 905-2800
Facsimile: (703) 905-2820


By:    /s/ Dylan G. Trache
        Dylan G. Trache, DC Bar No. 476318


And

Thanos Basdekis, Esquire
BAILEY & GLASSER LLP
227 Capitol Street
Charleston, WV 25301
Telephone:  (304) 345-6555
Facsimile:  (304) 342-1110

Counsel to Hunter Trucking, Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION PLAN,**

    **Plaintiffs,**

**v.**          **No. 08-cv-00453-RBW**

**CARDINAL TRUCKING COMPANY, INC.,
BIG "E' TRANSFER, INC., and
HUNTER TRUCKING, INC.,**

    **Defendants.**

### <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that the foregoing **ANSWER** was filed on this 27th day of May, 2008 electronically with the Court and counsel of record as follows:

      Christopher F. Clark, Sr.
      Assistant General Counsel
      UMWA Health & Retirement Funds
      Office of the General Counsel
      2121 K Street, N.W.
      Washington, D.C.  20037

       <u>/s/ Dylan G. Trache</u>
       Dylan G. Trache

12853965.1