IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER, and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
PLAN,

                Plaintiffs,

    v.

CARDINAL TRUCKING COMPANY, INC.,
et al.,

                Defendants.

Civil Action No. 1:08-cv-00453-RBW

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

1.     I am an Attorney Assistant for the Office of General Counsel, United Mine Workers of America ("UMWA") Health and Retirement Funds, Plaintiffs in this action.

2.     On or about May 5, 2008, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), a copy of the Summons and Complaint in this action was mailed to Cardinal Trucking Company, Inc. by certified mail to:

        Cardinal Trucking Company, Inc.
        430 Harper Park Drive
        Beckley, West Virginia 25801

3.     Service was accomplished on May 9, 2008. A copy of the signed receipt is attached to this receipt as Exhibit A.

4.     On or about May 5, 2008, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), a copy of the Summons and Complaint in this action was mailed to Big "E" Transfer, Inc. by certified mail to:

        Big "E" Transfer, Inc.
        P.O. Box 1248
        Beckley, West Virginia 25801

5. Service was accomplished on May 9, 2008. A copy of the signed receipt is attached to this Affidavit as Exhibit B.

6. On or about May 5, 2008, pursuant to Fed. R. Civ. P. 4(h)(1) and D.C. Super. Ct. R. – Civil 4(h)(1) and 4(c)(3), a copy of the Summons and Complaint in this action was mailed to Hunter Trucking, Inc. by certified mail to:

>Hunter Trucking, Inc.
>430 Harper Park Drive
>Beckley, West Virginia 25801

7. Service was accomplished on May 9, 2008. A copy of the signed receipt is attached to this Affidavit as Exhibit C.

8. I declare under penalty of perjury that the foregoing is true and correct.

/s/
Karen K. Davie
Attorney Assistant

UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037

SUBSCRIBED AND SWORN TO

BEFORE ME THIS 27TH DAY OF

MAY, 2008

/s/
    Annette Hargis
    Notary Public

MY COMMISSION EXPIRES OCTOBER 14, 2012.

197030115.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2008, I served the foregoing Affidavit of Service by Certified Mail via United States Mail, First Class, Postage Prepaid, to the following individuals:

>Dylan G. Trache, Esquire
>Wiley Rein LLP
>7925 Jones Branch Drive
>Suite 6200
>McLean, Virginia 22102
>
>Thanos Basdekis, Esquire
>Bailey & Glaser LLP
>227 Capitol Street
>Charleston, West Virginia 25301

>/s/_____.
>Christopher F. Clarke
>Sr. Assistant General Counsel
>D.C. Bar No. 441708

# **EXHIBIT A**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9845 5844 4404 | A. Received by (Please Print Clearly) | B. Date of Delivery 5/9/08 |
| | C. Signature X | ☑ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | | |
| 1. Article Addressed to: 1:08-CV-00453 Cardinal Trucking Company, Inc. Eric K. Cline 430 Harper Park Drive Beckley, WV  25801 | | |

PS Form 3811, January 2005        Domestic Return Receipt

# **EXHIBIT B**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9845 5844 4398 | A. Received by (Please Print Clearly) | B. Date of Delivery 5/9/08 |
| | C. Signature X _(signature)_ | ☐ Agent ☐ Addressee |
| | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type CERTIFIED MAIL | | |
| 4. Restricted Delivery? *(Extra Fee)* ☐ Yes | | |
| 1. Article Addressed to:<br>1:08-CV-00453<br>Big "E" Transfer, Inc.<br>Eric Cline<br>PO Box 1248<br>Beckley, WV 25801 | | |

PS Form 3811, January 2005    Domestic Return Receipt

# **EXHIBIT C**

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| 7160 3901 9845 5844 4381 | A. Received by (Please Print Clearly) | B. Date of Delivery 5/9/08 |
| | C. Signature X [signature] | ☐ Agent ☐ Addressee |
| 3. Service Type  CERTIFIED MAIL | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 4. Restricted Delivery? (Extra Fee)  ☐ Yes | | |

1. Article Addressed to:
1:08-CV-00453
Hunter Trucking, Inc.
Ceretha Cline
430 Harper Park Drive
Beckley, WV 25801

PS Form 3811, January 2005          Domestic Return Receipt