IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN,

    Plaintiffs,

v.

CARDINAL TRUCKING COMPANY, INC. BIG "E" TRANSFER, INC., and HUNTER TRUCKING, INC.

    Defendants.

Civil Action No. 1:08-cv-00453-RBW

**CARDINAL TRUCKING COMPANY, INC.'S
RULE 26(a)(1) DISCLOSURES**

AND NOW, comes the Defendant, Cardinal Trucking Company, Inc. ("Defendant"), by and through its undersigned counsel and, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, submits the within Initial Disclosures ("Disclosures").

**PRELIMINARY STATEMENT**

In making these Disclosures, Defendant does not waive any applicable privilege. Defendant does not concede the relevancy of any information contained in or derived from these Disclosures, and expressly reserves the right to object to the admissibility at trial of any of the information contained in or derived from these Disclosures. Defendant makes these Disclosures based on the information reasonably available to it at this time. Defendant reserves the right to rely upon the individuals identified in these Disclosures for subjects other than those identified herein in response to evidence and testimony presented.

**26(a)(1)(A):** The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

- Eric Cline
  President, Cardinal Trucking Company, Inc.
  c/o Jennifer Fahey
  Thanos Basdekis, Esq.
  Bailey & Glasser, LLP
  227 Capitol Street
  Charleston, WV  25301
  (304) 345-6555

- Ceretha Cline
  Secretary-Treasurer, Cardinal Trucking Company, Inc.
  c/o Jennifer Fahey
  Thanos Basdekis, Esq.
  Bailey & Glasser, LLP
  227 Capitol Street
  Charleston, WV  25301
  (304) 345-6555

**26(a)(1)(B):** A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

All correspondence between Cardinal Trucking Company, Inc., and the UMWA Health and Retirement Funds.  Copies of any such correspondence in Defendant's possession is available from counsel on request.

**26(a)(1)(C):** A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 26(a)(1)(c) the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

Not applicable.

**26(a)(1)(D)**   **For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

CARDINAL TRUCKING COMPANY, INC.,

By Counsel

/s/ Dylan G. Trache
Dylan G. Trache, Esq.
Wiley Rein, LLP
D.C. Bar No. 476318
7925 Jones Branch Drive
Suite 6200
McLean, VA  22102

Of Counsel:

Thanos Basdekis, Esq.
Bailey & Glasser, LLP
227 Capitol Street
Charleston, WV  25301

12889005.1

3