IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>CARDINAL TRUCKING COMPANY, INC. BIG "E" TRANSFER, INC., and HUNTER TRUCKING, INC.<br><br>        Defendants. | Civil Action No. 1:08-cv-00453-RBW |

### BIG "E" TRANSFER, INC.
### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Big "E" Transfer, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Big "E" Transfer, Inc. which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that the judges of this court may determine the need for recusal.

/s/ Dylan G. Trache
Dylan G. Trache, Esq.
Wiley Rein, LLP
D.C. Bar No. 476318
7925 Jones Branch Drive
Suite 6200
McLean, VA 22102

Attorney for Big "E" Transfer, Inc.

Of Counsel:

Thanos Basdekis, Esq.
Bailey & Glasser, LLP
227 Capitol Street
Charleston, WV  25301

12889009.1