IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CARDINAL TRUCKING COMPANY, INC. BIG "E" TRANSFER, INC., and HUNTER TRUCKING, INC.<br><br>　　　　　Defendants. | Civil Action No. 1:08-cv-00453-RBW |

## HUNTER TRUCKING, INC.
## CERTIFICATE RULE LCvR 7.1

　　I, the undersigned, counsel of record for Hunter Trucking, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Hunter Trucking, Inc. which have any outstanding securities in the hands of the public:

　　　　　　　　　　　　　　　　　NONE

　　These representations are made in order that the judges of this court may determine the need for recusal.

　　　　　　　　　　　　　　/s/ Dylan G. Trache
　　　　　　　　　　　　　　Dylan G. Trache, Esq.
　　　　　　　　　　　　　　Wiley Rein, LLP
　　　　　　　　　　　　　　D.C. Bar No. 476318
　　　　　　　　　　　　　　7925 Jones Branch Drive
　　　　　　　　　　　　　　Suite 6200
　　　　　　　　　　　　　　McLean, VA  22102

　　　　　　　　　　　　　　Attorney for Hunter Trucking, Inc.

Of Counsel:

Thanos Basdekis, Esq.
Bailey & Glasser, LLP
227 Capitol Street
Charleston, WV  25301

12889007.1