IN THE UNITED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER, and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION PLAN,<br><br>     Plaintiffs,<br>  v.<br><br>CARDINAL TRUCKING COMPANY, INC. BIG E TRUCKING, INC., and HUNTER TRUCKING, INC.<br><br>     Defendants. | Civil Action No. 1:08-cv-00453-RBW |

## PLAINTIFFS RULE 26(a)(1) DISCLOSURES

  Plaintiffs, Trustees of the United Mine Workers of America ("UMWA") 1974 Pension Plan, by undersigned counsel, make the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

  (1) Under Rule 26(a)(1)(A), the following individual may have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

  Dale R. Stover, Comptroller, c/o Christopher F. Clarke, Senior Assistant General Counsel, Office of the General Counsel, UMWA Health and Retirement Funds, 2121 K Street, N.W., Suite 350, Washington, D.C. 20037, (202) 521-2233.  Mr. Stover may have information concerning the liability of Defendants' pension plan withdrawal liability required to be paid to the 1974 Plan under the Employee Retirement Income Security of 1974 ("ERISA"), 29 § 1001. Mr. Stover may also have information concerning the amount of the Defendants' liability and billings that were sent to the Defendants informing them of these liabilities.

2. Pursuant to Rule 26(a)(1)(B), the following is a description by category and location of all documents, data compilations, and tangible things in the possession, custody or control of the Plaintiffs that are relevant to disputed facts alleged with particularity in the pleadings.

    (a) <u>Eligibility</u>: United Mine Workers of America 1974 Pension Plan and Plan Document.

    (b) <u>Signatory Status</u>: The National Bituminous Coal Wage Agreement of 1988 (the "1988 Agreement"), the National Bituminous Coal Wage Agreement of 1993 (the "1993 Agreement"), the National Bituminous Coal Wage Agreement of 1998 (the "1998 Agreement"), and the National Bituminous Coal Wage Agreement of 2002 (the "2002 Agreement")(collectively the "Agreements") signed by Cardinal Trucking Company, Inc. confirming its signatory status.

    (c) <u>Liability</u>: Correspondence forwarded to Cardinal Trucking Company, Inc., Big "E" Trucking, Inc. and Hunter Trucking, Inc. outlining their liability to the 1974 Plan.

3. Rule 26(a)(1)(C) Disclosures: The amount of pension plan withdrawal liability claimed by the 1974 Plan under 29 U.S.C. § 1399(b)(2)(A) is $5,111,320.59  The amount of the withdrawal liability owed to the 1974 Plan was determined under Section 4211(d)(1) of ERISA, 29 U.S.C. § 1391(d)(1).

The 1974 Plan will make available for inspection and copying the documents or other evidentiary materials, not privileged or protected from disclosure, on which such computations are based.  In addition, the Defendants also owe statutory interest, liquidated damages and

attorneys' fees and costs under Sections 502(g)(2), 515 and 4301(b) of ERISA, 29 U.S.C. §§ 1132(g)(2), 1145 and 1451(b).

    4.    Plaintiffs are not aware of any documents responsive to Rule(a)(1)(D).

        Respectively submitted,

        David W. Allen
        General Counsel
        D.C. Bar No. 81638

        /s/
        Larry D. Newsome
        Associate General Counsel
        D.C. Bar No. 254763

        /s/
        Christopher F. Clarke
        Senior Assistant General Counsel
        D.C. Bar No. 441708

        UMWA Health & Retirement Funds
        Office of the General Counsel
        2121 K Street, N.W.
        Washington, D.C. 20037
        Telephone: (202) 521-2238

        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2008, I served the foregoing Rule 26(a)(1) Disclosures via United States Mail, First Class, Postage Prepaid, to the following individuals:

>Dylan G. Trache, Esq.
>Wiley Rein, LLP
>7925 Jones Branch Drive
>Suite 6200
>McLean, VA  22102
>
>Thanos Basdekis, Esq.
>Bailey & Glasser, LLP
>227 Capitol Street
>Charleston, WV  25301

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708